**Motion Granted and Order filed June 6, 2022**



**In The**

**Fourteenth Court of Appeals**
_____

**NO. 14-22-00361-CV**
_____

**IN THE INTEREST OF A.Y.C, a Child**

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-02304J**

**ORDER**

This is an accelerated appeal from a judgment in a parental termination case.

The notice of appeal was filed May 17, 2022. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). On **May 27, 2022,** a requested extension of time to file the reporter's record was granted to **June 6, 2022**. The court reporter, Kim Weidenheft, was notified no further extensions would be granted absent exceptional circumstances.

On **June 6, 2022,** Kim Weidenheft filed a second request to extend time to file the reporter's record, until **June 16, 2022**. We GRANT the motion.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Accordingly, we further order Kim Weidenheft, the court reporter, to file the record in this appeal **on or before June 6, 2022.** If Kim Weidenheft does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM

Panel Consists of Justices Bourliot, Hassan and Wilson.